IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00508-RM-NYW | Date: | May 4, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| STEVEN F. HURT, | *Bruce Jeffrey Kaye* |
| **Plaintiff,** | |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | *Franz Hardy* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in session: 10:01 a.m.

Appearance of counsel.

Parties discuss the pending Partial Motion to Dismiss, filed April 6, 2015.

**IT IS ORDERED: Pursuant to the filing of the Stipulation for Partial Dismissal With Prejudice [17], the Partial Motion to Dismiss [13] is WITHDRAWN without prejudice.**

Deadline to submit Administrative Record: June 1, 2015.

Deadline for Motion Requesting Additional Discovery: June 22, 2015.

Deadline for Motion to Supplement Administrative Record: July 20, 2015.

Deadline for Plaintiff's Opening Brief: October 5, 2015.

Deadline for Defendant's Response Brief: November 6, 2015.

Deadline for Plaintiff's Reply Brief: November 20, 2015.

Deadline for Joint Motion for Determination: November 23, 2015.

Parties discuss status of settlement efforts. Parties shall advise the court if settlement/early neutral evaluation may be helpful, through a joint status report to be filed on or before July 24, 2015.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in recess: 10:18 a.m.     Hearing concluded.     Total time in court:  00:17

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.