**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00508-RM-NYW

STEVEN F. HURT,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiff's Unopposed Motion to Amend Scheduling Order (the "Motion"). [#22, filed May 28, 2014]. This matter was referred to the undersigned Magistrate Judge pursuant to the Order Referring Case dated March 12, 2015 [#6] and the memorandum dated June 1, 2015 [#24].

    Plaintiff seeks to amend Paragraph 4 of the Scheduling Order [#20] to reflect that his monthly disability benefit is $13,357.50, past due benefits total approximately $176,247.50, and the benefits payable to him when he reaches the age of 65 will total approximately $1,923,480.

    The Motion is GRANTED, Plaintiff shall file with the court a Notice of Amended Computation of Damages on or before **June 10, 2015**.

DATED: June 3, 2015