IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00508-RM-NYW | Date: | August 20, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| STEVEN F. HURT, | *Bruce Jeffrey Kaye* |
| **Plaintiff,** | |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | *Franz Hardy* |
| | *Nicole Christine Irby* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in session: 2:01 p.m.

Appearance of counsel.

Parties discuss if the Public Entry for the Administrative Record [46] filed July 31, 2015, should show as a pending motion. Parties believe it should not show as a pending motion.

**ORDERED: The Clerk of the Court shall terminate the pending motion associated with the Administrative Record [46], because the Administrative Record [46] is simply the publicly available version of the record.**

Discussion and argument held on Motion Requesting Discovery [35] filed June 22, 2015.

For the reasons stated on the record, it is

**ORDERED:   Motion Requesting Discovery [35] is GRANTED IN PART and DENIED IN PART as follows:**

The relevant time period is limited to October 9, 2013, through January 16, 2015, and all discovery requests are therefore, limited to that relevant time period;

Interrogatory No. 1 is STRICKEN;
Interrogatory No. 2 is PERMITTED;
Interrogatory Nos. 3, 4, 5, and 6 are STRICKEN;
Interrogatory No. 7 is PERMITTED but limited to the relevant time period;
Interrogatory No. 8 is PERMITTED but limited to the relevant time period;
Interrogatory Nos. 9, and 10 are STRICKEN;
Interrogatory No. 11 is PERMITTED but limited to 2012 through January 2015;
Interrogatory No. 12 is PERMITTED but limited to 2012 through January 2015;
Interrogatory No. 13 is STRICKEN;
Interrogatory No. 14 is PERMITTED;
Interrogatory No. 15 is NOT PERMITTED;

Request for Production of Documents No. 1 is STRICKEN;
Request for Production of Documents No. 2 is PERMITTED but limited to the relevant time period;
Request for Production of Documents No. 3 is STRICKEN;
Request for Production of Documents No. 4 is PERMITTED but limited to relevant time period;
Request for Production of Documents No. 5 is STRICKEN;
Request for Production of Documents No. 6 is STRICKEN;
Request for Production of Documents No. 7 is PERMITTED but limited to relevant time period;
Request for Production of Documents No. 8 is PERMITTED but limited to relevant time period;
Request for Production of Documents No. 9 is PERMITTED but limited to 2012-January 2015;
Request for Production of Documents No. 10 is STRICKEN;

All Requests for Admissions are STRICKEN.

Defendant shall propound responses, including the production of responsive documents, on or before September 21, 2015.

To the extent that Defendant has any objection to the discovery, such objections will be identified in the responses, and the Parties will contact chambers to set up an informal discovery conference for the week of September 21.

A proposed protective order is due for the court's consideration on or before September 21, 2015.

Court in recess: 2:57 p.m.     Hearing concluded.    Total time in court:  00:56

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.