IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Civil Action No. 15-cv-00508-RM-NYW

STEVEN F. HURT,

   Plaintiff,

   vs.

AETNA LIFE INSURANCE COMPANY,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 64), and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Complaint for Damages and each claim for relief is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 29th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge